# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00322-CV

**Rafael Pinedo, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT
## NO. D-1-GV-09-000472, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

By letter dated July 20, 2010, this Court's clerk informed appellant Rafael Pinedo that he had failed to pay or make arrangements to pay for the clerk's record, and that his failure to do so could result in dismissal of his appeal. He has not filed a response in this Court, nor have we received notice that he has paid or made arrangements to pay for the clerk's record. We dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b).

G. Alan Waldrop, Justice

Before Justices Patterson, Waldrop and Henson

Dismissed for Want of Prosecution

Filed:   September 10, 2010